

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00445-CR

Nelson Anthony **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Cause No. 2017CRB000696D3
Honorable Beckie Palomo, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED August 14, 2019.

Luz Elena D. Chapa, Justice